No. 97–2018. KIOWA TRIBE OF OKLAHOMA v. HOOVER. Sup. Ct. Okla. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Kiowa Tribe of

*Okla.* v. *Manufacturing Technologies, Inc.,* 523 U. S. 751 (1998).